

**ORDERED in the Southern District of Florida on July 28, 2020.**

						_____
						**Mindy A. Mora, Judge**
						**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In Re:                                                                            Case No.  19-26043-MAM
                                                                                       Chapter 11

LITESTREAM HOLDINGS, LLC

       Debtor.
_____/

**ORDER DENYING DEBTOR'S EMERGENCY MOTION TO USE CASH COLLATERAL OF BANK UNITED, N.A. ON AN INTERIM BASIS [ECF NO. 7]**

**THIS CAUSE** came before the Court for a preliminary hearing on December 5, 2019 at 11:30 a.m., for a second interim hearing on January 10, 2020 at 1:30 p.m., for a third interim hearing on February 25, 2020 at 2:00 p.m., for a fourth interim hearing on April 14, 2020 at 1:30 p.m., for a fifth interim hearing on June 25, 2020 at 10:00 a.m., and a sixth interim hearing on

July 21, 2020 at 1:30 p.m. in West Palm Beach, Florida upon the *Debtor's Emergency Motion to Use Cash Collateral of Bank United, N.A.* [ECF No. 7] (the "**Motion**"). Adequate notice of the hearing was given under the circumstances. The Court having reviewed the record and having heard the argument of counsel, good cause being shown, and being otherwise fully advised in the premises, does hereby

    **ORDER and ADJUDGE** as follows:

1. The Motion is **DENIED** to the extent set forth herein.

2. The Debtor's assets of the business have been sold and it is no longer necessary for the debtor to use cash collateral.

###

Submitted by:

Robert Furr, Esq.
Furr and Cohen, P.A.
*Attorney for Debtor*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561)395-0500/(561)338-7432 fax
e-mail: rfurr@furrcohen.com
Florida Bar No. 210854

*Robert C. Furr, Esq. shall serve a copy of the signed order on all parties listed on the official court matrix and file with the court a certificate of service conforming with Local Rule 2002-1(F).*